PETER TETRO, Respondent, v. JOHN TASSIELLI, Defendant, Impleaded with

GIUSEPPE JOSEPH DESIMONE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; O'Malley and Townley, JJ., dissent.